**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LEVAR LEE SPENCE,

                Petitioner

        v.

NORTHUMBERLAND COUNTY COURT OF
COMMON PLEAS, ET AL.,

                Respondent

:   No. 61 MM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2022, to the extent Petitioner seeks prompt adjudication of *Spence v. McGinley*, CV-2020-00617, the Petition for Writ of Mandamus is GRANTED. The Court of Common Pleas of Northumberland County is ORDERED to adjudicate *Spence v. McGinley*, CV-2020-00617, within 90 days.

    In all other respects, the Petition for Writ of Mandamus is DENIED.